EDWARD H. SCHLAM, M.D., EVAN SCHLAM, M.D., and EDWARD H. SCHLAM, M.D., P.A., Appellants,
v.
ANDREW R. ALTMAN, M.D., individually and on behalf of ALTMAN HOLDING CORPORATION, Appellees.
No. 4D09-1992.
District Court of Appeal of Florida, Fourth District.
October 14, 2009.
E.J. Generotti of Frank, Weinberg & Black, P.L., Plantation, for appellants.
John H. Pelzer and Robin F. Hazel of Ruden, McClosky, Smith, Schuster & Russell, P.A., Fort Lauderdale, for appellees.
PER CURIAM.
Affirmed.
GROSS, C.J., TAYLOR and HAZOURI, JJ., concur.
Not final until disposition of timely filed motion for rehearing.